# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0125.  In Re: MPERESS TRUSTEES, et al. v. CLERK CHANAE Q. CLEMMONS.**

Upon consideration of Appellants' "Petition for Writ of Mandamus," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/29/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*